UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEREK CLIFTON, et al.,
    Plaintiffs,

v.

RELIGIOUS ACCOMMODATION
COMMITTEE, et al.,
    Defendants.

CIVIL ACTION NO. 3:13-CV-2680

(Judge Kosik)

**FILED**
**SCRANTON**

FEB 7 2014

PER _____
DEPUTY CLERK

### ORDER

AND NOW, THIS 7th DAY OF FEBRUARY, 2014, IN ACCORDANCE WITH THE ATTACHED MEMORANDUM, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Karoline Mehalchick dated January 17, 2014 (Doc. 35) is **ADOPTED IN PART**, and **NOT ADOPTED IN PART**;

(2) The Recommendations as to Plaintiffs, Maple and Turner, are **ADOPTED** in that their motions to proceed in forma pauperis (Docs. 15 and 24) are **GRANTED**, and they are allowed thirty (30) days from the date of this Order in which to file an Amended Complaint;

(3) Plaintiff Turner's first Motion for Appointment of Counsel (Doc. 18) is **DENIED WITHOUT PREJUDICE**;

(4) The Recommendation as to Plaintiff Bailey is **NOT ADOPTED** in light of subsequent filings; and

(5) The above-captioned action is **REMANDED** to the Magistrate Judge for further proceedings.

_____
Edwin M. Kosik
United States District Judge